# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MATTHEW BERNARD BOTEIN** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:14–CV–10405–RWZ** |
| **UNITED STATES CUSTOMS AND BORDER PROTECTION** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　　Carmen M. Ortiz
　　　　　　　　　　　　　　　　　　　U.S. State Attorney
　　　　　　　　　　　　　　　　　　　John Joseph Moakley United States Federal Courthouse
　　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　　Boston, MA 02210

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

　　　　　　　　　　Daryl DeValerio Andrews, Esq.
　　　　　　　　　　Berman DeValerio
　　　　　　　　　　One Liberty Square
　　　　　　　　　　Boston, MA 02109

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

　/s/ – Clarilde M Geraldino–Karasek
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2014–02–25 12:49:31.0**, Acting Clerk USDC DMA

Civil Action No.: **1:14–CV–10405–RWZ**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Carmen M. Ortiz, U.S. Attorney

was received by me on (date)2/27/2014.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : Plaintiff's counsel certifies that pursuant to Fed.R.Civ.P. 4(i) a copy of the Complaint and Summons was served via Certified Mail on U.S. Attorney Carmen M. Ortiz at U.S. District Court, Boston, MA (proof of service attached).

My fees are $ n/a for travel and $7.19 for services, for a total of $7.19.

I declare under penalty of perjury that this information is true.

3/26/2014    /s/ Daryl DeValerio Andrews
*Date*     *Server's Signature*

Daryl DeValerio Andrews, Attorney  (BBO #658523)
*Printed name and title*

Berman DeValerio
One Liberty Square
Boston, MA  02109
*Server's Address*

Additional information regarding attempted service, etc:
Plaintiff's counsel further certifies that pursuant to Fed. R. Civ. P. 4(i) copies of the Complaint and Summons were served via Certified Mail on:  Civil Process Clerk, U.S. Attorney, U.S. District Court, Boston, MA (proof of service attached); Thomas S. Winkowski, Acting Commr., U.S. Customs and Border Protection, Washington, D.C. (proof of service attached); Scott K. Falk, Chief Counsel, U.S. Customs and Border Protection, Washington, D.C. (proof of service attached); and Eric H. Holder, Jr., U.S. Attorney General, U.S. Dept. of Justice, Washington, D.C. (proof of service attached).

Certified Mail fees incurred for the above-mentioned service are $28.97.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Carmen M. Ortiz
   U.S. State Attorney
   John Joseph Moakley United States Federal Courthouse
   1 Courthouse Way, Suite 9200
   Boston. MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): Gerry Martin
C. Date of Delivery: 2/28/14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 2920 0000 4913 9719

PS Form 3811, July 2013    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.19 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.19 |

Postmark Here: 2/27/2014

Sent To: Carmen M. Ortiz
U.S. State Attorney
Street or PO: John Joseph Moakley United States Federal Courthouse
1 Courthouse Way, Suite 9200
City: Boston. MA 02210

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil – Process Clerk
   U.S. State Attorney
   John Joseph Moakley United States
     Federal Courthouse
   1 Courthouse Way, Suite 9200
   Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
   U.S. ATTORNEY  14 FEB 27 PM 3
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®  ☐ Priority Mail Express™
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)  7012 2920 0000 4913 9702

PS Form 3811, July 2013  Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.40 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | 7.40 |

Postmark Here  2/24/2014

Sent To: Civil – Process Clerk
U.S. State Attorney
Street, Apt.; John Joseph Moakley United States
or PO Box No. Federal Courthouse
City, State, ZIP+4 1 Courthouse Way, Suite 9200
Boston, MA 02210

PS Form 3800, August 2006  See Reverse for Instructions

3/6/2014 Case 1:14-cv-10405-RWZ USPS.com® - USPS Tracking™ Document 5 Filed 03/26/14 Page 5 of 8

English    Customer Service    USPS Mobile    Register / Sign In

 **USPS.COM**

Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking #: Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: **70122920000049139726**

## Product & Tracking Information

**Postal Product:**    **Features:**
Certified Mail™

## Available Actions

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 4, 2014, 7:29 am | Delivered | WASHINGTON, DC 20229 |
| March 3, 2014, 10:21 am | Available for Pickup | WASHINGTON, DC 20229 |
| March 3, 2014, 10:00 am | Sorting Complete | WASHINGTON, DC 20018 |
| March 3, 2014, 9:38 am | Arrival at Unit | WASHINGTON, DC 20018 |
| February 27, 2014, 11:59 pm | Processed through USPS Sort Facility | BOSTON, MA 02205 |
| February 27, 2014 | Depart USPS Sort Facility | BOSTON, MA 02205 |

## Track Another Package

What's your tracking (or receipt) number?

[                                                    ]    Track It

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.19 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.19 |

Postmark Here
2/27/2014

Sent To: U.S. Customs and Border Protection
Thomas S. Winkowski
Street, Apt. N Acting Commissioner
or PO Box No 1300 Pennsylvania Avenue, N.W.
City, State, Z Washington, D.C. 20229

PS Form 380

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Updates ›
Forms & Publications ›
Careers ›

USPS.COM

https://tools.usps.com/go/TrackConfirmAction!input.action?tRef=qt&tLc=1&tLabels=70122920000049139726    1/1

English    Customer Service    USPS Mobile                                        Register / Sign In



Search USPS.com or Track Packages

**Quick Tools**
Track
Enter up to 10 Tracking #: Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: **70122920000049139696**

## Product & Tracking Information

**Postal Product:**          **Features:**
                             Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 4, 2014, 7:29 am** | Delivered | WASHINGTON, DC 20229 |
| March 2, 2014, 1:31 pm | Available for Pickup | WASHINGTON, DC 20229 |
| March 2, 2014, 1:30 pm | Available for Pickup | WASHINGTON, DC 20229 |
| March 2, 2014, 1:17 pm | Arrival at Hub | WASHINGTON, DC 20018 |
| February 27, 2014 | Depart USPS Sort Facility | BOSTON, MA 02205 |
| February 27, 2014, 12:15 am | Processed through USPS Sort Facility | BOSTON, MA 02205 |
| February 26, 2014, 11:59 pm | Processed through USPS Sort Facility | BOSTON, MA 02205 |

## Available Actions

Email Updates

## Track Another Package

What's your tracking (or receipt) number?

[_____]  Track It

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 1.19 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | 7.19 |

Postmark Here  2/24/2014

Sent To: U.S. Customs and Border Protection Office of Chief Counsel Scott K. Falk, Chief Counsel
Street, Apt. No.; or PO Box No.: 1300 Pennsylvania Avenue, N.W.
City, State, ZIP+4: Washington, D.C. 20229

PS Form 3800, August 2006     See Reverse for Instructions

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Updates ›
Forms & Publications ›
Careers ›

USPS.COM  Copyright © 2014 USPS. All Rights Reserved.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric H. Holder, Jr.
Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAR 07 2014

3. Service Type
   ☒ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7012 2920 0000 4913 9689

PS Form 3811, July 2013     Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.19 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | 7.19 |

Postmark Here: 2/26/2014

Sent To: Eric H. Holder, Jr.
Attorney General
Office of the Attorney General
Street, Apt. No.; or PO Box No.: U.S. Department of Justice
City, State, ZIP+4: 950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

7012 2920 0000 4913 9689

PS Form 3800, August 2006    See Reverse for Instructions

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on March 26, 2014.

|  |  |
|---|---|
|  | */s/ Daryl DeValerio Andrews* |
| Dated: March 26, 2014 | Daryl DeValerio Andrews (BBO #658523) |