UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW BERNARD BOTEIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CUSTOMS AND )<br>BORDER PROTECTION, )<br>)<br>Defendant. )<br>) | C.A. No. 14-10405-RWZ |

## MOTION FOR EXTENSION OF TIME TO ANSWER
### (ASSENTED-TO)

Pursuant to Fed. R. Civ. P. 6(b), Defendant United States Customs and Border Protection ("CBP"), seeks a one-week extension of time, until May 6, 2014, to answer or otherwise respond to Plaintiff's Complaint, which seeks documents under the Freedom of Information Act ("FOIA"). As grounds for this motion for an extension, CBP states that the parties are attempting to resolve this matter without the need of judicial intervention. The parties need additional time to continue their discussions.

Plaintiff assents to this request for a one-week extension of time to answer or otherwise respond to Plaintiff's Complaint.

WHEREFORE, CBP respectfully requests that the Court grant its motion and allow Defendant until May 6, 2014 to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

Defendants
By their attorneys

CARMEN M. ORTIZ
United States Attorney

*/s/ Jennifer A. Serafyn*
Jennifer A. Serafyn
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: April 28, 2014                     Jennifer.Serafyn@usdoj.go

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by First Class Mail.

*/s/ Jennifer A. Serafyn*
Jennifer A. Serafyn
Dated: April 28, 2014                     Assistant United States Attorney