UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| MATTHEW BERNARD BOTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 14-10405-RWZ |
| | ) |
| UNITED STATES CUSTOMS AND | ) |
| BORDER PROTECTION, | ) |
| | ) |
| Defendant. | ) |

_____ )

## STIPULATION OF DISMISSAL

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties move this Honorable Court to dismiss this action.[1]  Each party will bear his/its own costs and fees.

Respectfully submitted,

Plaintiff
By his attorney


*/s/ Daryl DeValerio Andrews (JAS)*
Daryl DeValerio Andrews, Esq.
BERMAN DEVALERIO
One Liberty Square
Boston, MA 02110
(617) 542-8300
dandrews@bermandevalerio.com




Dated: April 30, 2014

Defendants
By their attorneys

CARMEN M. ORTIZ
United States Attorney

*/s/ Jennifer A. Serafyn*
Jennifer A. Serafyn
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Jennifer.Serafyn@usdoj.go

Dated: April 30, 2014

_____

[1] The parties agree that this dismissal is without prejudice to the extent Plaintiff wishes to file a complaint challenging the FOIA exemptions CBP claimed as to the documents it produced to Plaintiff in response to his FOIA request. The parties further agree that this dismissal is with prejudice as to Plaintiff's claim that CBP failed to respond to his FOIA request.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by First Class Mail.


*/s/ Jennifer A. Serafyn*
Jennifer A. Serafyn
Dated: April 30, 2014             Assistant United States Attorney